# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

---

Furious Carney,
      Plaintiff(s),

    v.

Shawn Smith, et al.,
      Defendant(s).

Case No. 1:17cv428
(Consent Case ; Litkovitz, M.J.)

---

## ORDER

---

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date ___3/29/18___

awh    March 29, 2018

KAREN L. LITKOVITZ
United States Magistrate Judge